IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-10924
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AGUSTIN GUERRERO, also known as
Carlos Melendez Perez;
SERGIO TREVINO,

Defendants-Appellants.

_____

Appeal from the United States District Court
For the Northern District of Texas
(3:99-CR-75-1(R))

_____

December 8, 2000

Before HIGGINBOTHAM, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*]  Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.